# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLENN E. DIAZ

VERSUS

STATE OF LOUISIANA THROUGH
THE BOARD OF TRUSTEES OF THE
LOUISIANA DISTRICT
ATTORNEYS' RETIREMENT SYSTEM

NO.  2021 CW 0934

OCTOBER 18, 2021

---

In Re:    Glenn Diaz, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 650070.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT  DENIED.**   The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.